IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____/  This Order Relates To:  WHB 318 v. Uber Technologies, Inc. et al., Case No. 3:24-cv-04889-CRB  WHB 832 v. Uber Technologies, Inc. et al., Case No. 3:24-cv-04900-CRB | MDL No. 3084  **PRETRIAL ORDER NO. 32: ORDER TRANSFERRING BELLWETHER CASES WHB 318 AND WHB 832 TO THE WESTERN DISTRICT OF NORTH CAROLINA** |

Based on consultation with the Judicial Panel of Multidistrict Litigation and the Administrative Office of the U.S. Courts' Committee on Assignments, and pursuant to 28 U.S.C. § 1404(a) and Uber's Terms of Use, the Court transfers bellwether cases WHB 318 and WHB 832 to the Western District of North Carolina. See PTO 29 re: Mot. to Transfer (dkt. 3484). Both cases shall remain bellwethers in Trial Wave 1 and will continue to be adjudicated by this Court. By transferring these cases now, an action number in the Western District of North Carolina can be generated and assigned to the Court, which will allow the Court to preside over the trials in that district.

**IT IS SO ORDERED.**

Dated: September 16, 2025

_____
CHARLES R. BREYER
United States District Judge